**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUDLAU CONTRACTING, INC.,

Plaintiff,

-against-

MICHAEL T. TSALICKIS, DIMITRI T. TSALICKIS, EVIE K. TSALICKIS, and LEXON INSURANCE COMPANY,

Defendants.

ORDER

26 Civ. 4026 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' request, (ECF No. 12), is GRANTED. Plaintiff shall file its amended complaint by October 16, 2026. Defendants shall answer or otherwise respond to Plaintiff's amended complaint within thirty (30) days after its filing.

The initial conference scheduled for October 6, 2026 is adjourned to December 8, 2026, at 9:45 AM.

Dated: New York, New York
October 5, 2026

SO ORDERED.

GEORGE B. DANIELS
United States District Judge